**File Hashes for IP Address 24.8.76.202**

**ISP:** Comcast Cable
**Physical Location:** Aurora, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/12/2014 22:31:59 | CEB6203AFEA57401D6D840B7F32986305339E0B8 | Perfect Timing |
| 06/12/2014 21:56:27 | 0A03FABE8B34753DE33F854DDBC58E9540F49703 | From Three to Four |
| 06/12/2014 21:48:13 | A765ECB962208A7E6278D95C08A279D877646A89 | Morning Glory |
| 04/03/2014 18:33:40 | F68670F29DFB210A4570296AC4CECD137B10DA92 | All About Anna |
| 04/03/2014 18:31:52 | 075F4C7EE0EA4929091035DD533F85D5BB120D6F | It Has Always Been You |
| 04/03/2014 18:26:19 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 02/28/2014 03:39:42 | E000B3A61507FE92DC5D29FBE6079EBCDEEA3FF9 | Lost In My Own Moment |
| 12/22/2013 18:39:04 | 9FB2A2138935762CA98EF36F4FDD719741A1CA1D | Names |
| 11/08/2013 01:20:22 | 585115E91F21C66775F5A0D987A50899AE74F5D7 | Unveiling Part #1 |
| 10/22/2013 04:20:08 | D6916EB46F36C54FF53A9E312D27C4D60C6B03F2 | Introducing Mila |
| 10/22/2013 04:08:24 | 3E2F75A08A1C12785E639BC4A8B3260D6766F2E5 | Girl in a Room |
| 10/10/2013 18:40:18 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | First and Forever |
| 08/14/2013 22:47:07 | 9C9C57F51775F6799359E29218E595C1A378E3CA | This Really Happened |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A